# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br><br>Fred Bradley<br><br>Date of Original Judgment: April 15, 2002<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No:  4:01CR40021-001<br>)<br>)  USM No:  05938-010<br>)<br>)  Craig L. Henry<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.    ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 8 2012

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

Except as otherwise provided, all provisions of the judgment dated   April 15, 2002   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7 March 2012                                       _____
                                                                                                    *Judge's signature*

Effective Date: _____                  HARRY F. BARNES  U.S. Dist Judge
                   *(if different from order date)*                    *Printed name and title*